IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DELAVEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:13-cv-00706 |
| | ) |
| AMDOCS, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Plaintiff Michael DeLaVega ("Plaintiff") and Defendant Amodcs, Inc. respectfully inform the Court that the parties have settled the disputes between them and have agreed to dismiss all claims in this lawsuit, without any admission or finding of liability.

Plaintiff and Defendant therefore request that the Court dismiss all claims in this lawsuit WITH PREJUDICE, each party to bear its own costs and fees.

Respectfully submitted this 17th day of August 2015,

                                          **HALL, ARBERY, GILLIGAN, ROBERTS & SHANLEVER LLP**

                                          By */s/ David Allen Roberts (w/consent)*
                                              David Allen Roberts, Esq.
                                              Georgia Bar No. 608444 (pro hac vice)
                                              3340 Peachtree Road, N.E.
                                              Suite 1900
                                              Atlanta, GA 30326
                                              Telephone: (404) 442-8776
                                              Facsimile: (404) 537-5555
                                              droberts@hagllp.com

**GILBERT RUSSELL MCWHERTER
SCOTT BOBBITT PLC**

    Michael L. Russell, Esq.
    Tennessee Bar No. 20268
    341 Cool Springs Blvd., Suite 230
    Franklin, TN 37067
    Telephone: (615) 354-1144
    mrussell@gilbertfirm.com

Attorneys for Plaintiff Michael De la Vega

**THOMPSON COBURN LLP**

By */s/ Laura M. Jordan (with consent)*
    Laura M. Jordan, Esq.
    Missouri Bar No. 48755 (pro hac vice)
    Paul R. Klein, Esq.
    Missouri Bar No. 63005 (pro hac vice)
    One US Bank Plaza
    St. Louis, Missouri 63101
    Telephone: (314) 552-6000
    Facsimile: (314) 552-7000
    ljordan@thompsoncoburn.com
    pklein@thompsoncoburn.com

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

    Ben Bodzy, Esq.
    Tennessee Bar No. 023517
    211 Commerce Street, Suite 800
    Nashville, Tennessee 37201
    Telephone: (615) 726-5640
    Facsimile: (615) 744-5640
    bbodzy@bakerdonelson.com

Attorneys for Defendant Amdocs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system all parties and attorneys of record.

*/s/David Allen Roberts*