UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

MICHAEL DELAVEGA )
)
)
)
)
)
v. ) NO. 3:13-cv-706
) JUDGE CAMPBELL
)
)
AMDOCS, INC. )
)

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 08/27/15.

    KEITH THROCKMORTON, CLERK
    s/Alia D. Morgan, Deputy Clerk